UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,              )
        Plaintiff                )
                                 )
               v.                )   C.A. NO. 12-cv-30111-MAP
                                 )
SHATZ, SCHWARTZ AND              )
FENTIN, P.C.,                    )
        Defendants               )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANT'S MOTION TO DISMISS
(Dkt. Nos. 9 & 23)

February 28, 2013

PONSOR, U.S.D.J.

        Plaintiff, proceeding pro se, filed a complaint

alleging negligence and malpractice during his bankruptcy

proceedings.  Defendant filed a Motion to Dismiss, arguing

that Plaintiff had failed to state a claim upon which relief

may be granted.  See Dkt. No. 9.  This motion was referred

to Magistrate Judge Kenneth P. Neiman for a Report and

Recommendation.

        On December 14, 2012, Judge Neiman issued his Report

and Recommendation, carefully reviewing Defendant's and

Plaintiff's arguments.  In the end, Judge Neiman found

Defendant's arguments to be meritorious and recommended that

the motion be allowed.

        Plaintiff filed an objection to the Report and

Recommendation on December 21, 2012.  This two-page objection, however, failed to address any of Judge Neiman's substantive reasoning.  Instead, Plaintiff objected to the referral of the motion to Judge Neiman and sought relief under Fed. R. Civ. P. 60(b)(1) and (b)(6).  The referral was proper, and neither of the provisions of the Civil Rules noted by Plaintiff has any applicability to this dispute.

Based on the failure of Plaintiff to offer any substantive opposition to Judge Neiman's Report and Recommendation, and upon the clear merits of Judge Neiman's analysis, this court, upon <u>de</u> <u>novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 23).  Based upon this, the court hereby ALLOWS Defendant's Motion to Dismiss (Dkt. No. 9).  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge