# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br>    Plaintiff | )<br>)<br>) **C. A. No.** 3:12-cv-30111 -MAP |
| v. | )<br>) |
| SHATZ, SCHWARTZ AND FENTIN, P.C.,<br>    Defendant | )<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Shatz, Schwartz and Fentin, P.C., against the plaintiff, Donald C. Hutchins pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: February 28, 2013          By /s/ *Maurice G. Lindsay*
                    Maurice G. Lindsay
                    Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
     [jgm.]